**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-7303**

─────────────

FRED MURPHY,

       Petitioner - Appellant,

   v.

MIKE SLAGLE, Warden; JOSHUA STEIN,

       Respondents - Appellees.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:23-hc-02038-BO-RJ)

─────────────

Submitted:  May 30, 2024                                        Decided:  June 4, 2024

─────────────

Before GREGORY and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Fred Murphy, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fred Murphy seeks to appeal the district court's order dismissing his 28 U.S.C. § 2254 petition without prejudice as successive and unauthorized. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on November 8, 2023, and the appeal period expired on December 8, 2023. Murphy filed the notice of appeal on December 18, 2023.[*] Because Murphy failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny a certificate of appealability and dismiss the appeal. We also deny Murphy's motion to subpoena state court records.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] For the purpose of this appeal, we assume that the date appearing on the notice of appeal is the earliest date Murphy could have delivered the notice to prison officials for mailing to the court. Fed. R. App. P. 4(c)(1); *Houston v. Lack*, 487 U.S. 266, 276 (1988).